UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYNAMIC VISIONS and CHIEF BONGAM, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *  Civil Action No. 10-10864-JLT |
| | * |
| DEPARTMENT OF HEALTH & SERVICES, et al., | * |
| | * |
| | * |
| Defendants. | * |

# ORDER

April 20, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, the federal Defendants' <u>Motion for Dismissal for Lack of Subject Matter Jurisdiction</u> [#21] and the state Defendant's <u>Motion to Dismiss for Lack of Subject-Matter Jurisdiction</u> [#23] are ALLOWED. This case is CLOSED.

AN ORDER HAS ISSUED.

                                                      /s/ Joseph L. Tauro
                                                      United States District Judge